UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
GIOVANNY CAVALIERE, on behalf of himself and :
all others similarly situated,                                    :
                                                                 :        **No. 26 Civ.  01060 (JLR)**
                          Plaintiff,                             :
                                                                 :
          -against-                                              :
                                                                 :
                                                                 :        ~~PROPOSED~~ JUDGMENT
BUTLER SOHO LLC d/b/a BUTLER BAKE SHOP   :
and ROD COLIGADO,                                            :
                                                                 :
                          Defendants.                        :
------------------------------------------------------------------------ X

**WHEREAS**, an Acceptance of Offer of Judgment Pursuant to Fed. R. Civ. P. 68 having been filed by Plaintiff Giovanny Cavaliere ("Plaintiff") on June 22, 2026; it is

**ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Plaintiff and against Defendants Butler Soho LLC and Rod Coligado, in the amount of $51,000.00, inclusive of attorneys' fees and costs, in full and final resolution of all of Plaintiff's claims in this action. The Clerk of Court is respectfully directed to close this case.

Dated:  New York, New York

          June 22          , 2026

                                        _____
                                        HON. Jennifer L. Rochon
                                        United States ~~Magistrate~~ Judge
                                                    District